IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-DAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD SCHEDIWY and ) <br> LAURA STRAUSS, ) <br> ) <br> Defendants. ) <br> _____ ) | 1:11-CV-01141 AWI SMS <br><br> ORDER VACATING <br> OCTOBER 31, 2011 HEARING <br> DATE AND TAKING MATTER <br> UNDER SUBMISSION |

Currently pending before this Court is Defendants Richard Schediwy and Laura Strauss' Motion to Dismiss or in the Alternative, Summary Judgment. This motion is set for hearing on October 31, 2011, at 1:30 p.m. in Courtroom 2. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 31, 2011 is VACATED, and the parties shall not appear at that time. As of October 31, 2011, the Court will take this matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 26, 2011                                   _____
                                                             CHIEF UNITED STATES DISTRICT JUDGE