KATHLEEN CLACK  196405
ATTORNEY AT LAW
6061 NORTH FRESNO STREET, SUITE 101
FRESNO, CALIFORNIA 93710
TELEPHONE: 559.241.7229

Attorney for Defendants RICHARD SCHEDIWY
and LAURA STRAUSS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-DAM,<br><br>           Plaintiff,<br><br>vs.<br><br>RICHARD SCHEDIWY and LAURA STRAUSS.<br>           Defendants.<br>_____ | NO.: 1:11-CV-01141-AWI-SMS<br><br>**STIPULATION AND ORDER REGARDING CONTINUANCE OF DISCOVERY SCHEDULING ORDER DEADLINES DUE TO SCHEDULING CONFLICT** |

The parties to this matter, by and through their undersigned counsel, stipulate to the following joint request to the Court that it continue the Scheduling Order deadline as set forth in the proposed schedule below.

**I.     RECITALS**

This action commenced on July 2011.  On September 9, 2011, plaintiff Tri-Dam ("Plaintiff") filed the First Amended complaint.  The First Amended complaint seeks a permanent injunction against defendants Richard Schediwy and Laura Strauss ("Defendants") related to construction of a retaining wall in Calaveras County.

The Court issued its Scheduling Order on February 29, 2012. The current deadline for non-expert discovery is February 8, 2013.  The filing deadline for non-dispositive motions is

THE LAW OFFICES OF
KATHLEEN P. CLACK
6061 N. FRESNO STREET
SUITE 101
FRESNO, CA 93710

STIPULATION TO EXTEND DISCOVERY DEADLINES
1

February 15, 2013.

Plaintiff noticed the depositions of both Defendants, on January 24, 2013. Defendants have scheduled two depositions of Plaintiff principles for January 29 and 30, 2013, having tried to schedule same for January 23 and 24. These dates did not work for Plaintiff. The parties also intend to take several third-party depositions.

Defense counsel, Kathleen P. Clack, has a conflict at the end of January making it extremely difficult if not impossible to meet the discovery deadline for depositions. Ms. Clack is associate counsel in a State of California case in Madera County, MCV050582, trial date January 28, 2013. Lead counsel, David C. Anderson, requires Ms. Clack's assistance at trial.

It was not expected to have to assist at trial because settlements had been going well and lead counsel had not been compelled to ask for assistance until now when settlement negotiations were unsuccessful so close to trial with a substantial number of parties still involved in the State action. Three of the nine defendants are refusing to settle, as well as the Plaintiff. Mr. Anderson and Ms. Clack represent the Defendant/Cross-Complainant, TINA J. DHILLON, M.D. dba MADERA WOMEN'S HEALTH.

The reason that Ms. Clack's participation is essential is first, Mr. Anderson requires assistance of associate counsel, and because Ms. Clack was lead counsel for 2 years until her client's funds became depleted and turned the case over to a contingency attorney who could fund the completion of the case, which he has done for the past 14 months. However, Ms. Clack has the most historic fact knowledge of the case, for which Mr. Anderson has decided that he wants my assistance at trial as well as the overwhelming need for assistance with three major defendants at trial. The trial is expected to last approximately 3-4 weeks. It is also estimated that if the case does not settle between now and trial that all 3 of these defendants, plus the Plaintiff will proceed to trial. See attached Declaration of David C. Anderson.

Plaintiff's lead trial counsel, Kevin Seibert, also has a trial starting at the end of Janaury that is expected to last several weeks and soon thereafter has a preplanned vacation until March

THE LAW OFFICES OF
KATHLEEN P. CLACK
6061 N. FRESNO STREET
SUITE 101
FRESNO, CA 93710

STIPULATION TO EXTEND DISCOVERY DEADLINES
2

13.

Thus, under the current schedule, both Plaintiff and Defendants have very little time for motions to compel, should they become necessary.  As well, as discovery closes, both counsels need to be able to devote full attention on this matter, and not be torn between two competing interests.

The parties, therefore, agree that Plaintiff will conduct the depositions of Defendants during the week of March 18, 2013, and that Defendants will conduct their witness depositions during the week of March 25, 2013, particular schedules permitting.  The parties further agree to the close of non-Expert Discovery on April 15, 2013 with non-Expert filing deadline moved to April 22, 2013.

## II.　　GOOD CAUSE EXISTS FOR THE CONTINUANCE OF THE DISCOVERY SCHEDULING ORDER DEADLINES

Scheduling orders entered before the final pretrial conference may be modified upon a showing of "good cause." *Hannon v. Chater* (N.D.Cal. 1995) 887 F.Supp. 1303; FRCP 16(b)(4).  The reason for the "good cause" requirement for modification of a court's scheduling order is that such orders and their enforcement are regarded as an essential mechanism for cases becoming trial-ready in an efficient, just, and certain manner.  *Rouse v. Farmers State Bank of Jewell, Iowa* (N.D.Iowa 1994) 866 F.Supp. 1191.  With this understanding in mind, the parties believe "good cause" is present to support the need for an extension of the discovery deadlines.

On February 29, 2012, United States Magistrate Judge Sandra M. Snyder, issued a Scheduling Conference Order And Order Regarding Continuance of Scheduling Order Deadline for Discovery, P. 8, Paragraph 7. "Discovery Plan and Cut-off Dates: A. .... the court may order after a showing of good cause...; and B.  Unless otherwise stipulated between the parties or ordered by the court pursuant to FRCP 26(b)(2)."  The dates the Court set were as follows:

| **Deadline/Event** | **Old Date** |
| --- | --- |

THE LAW OFFICES OF
KATHLEEN P. CLACK
6061 N. FRESNO STREET
SUITE 101
FRESNO, CA 93710

STIPULATION TO EXTEND DISCOVERY DEADLINES
3

| Non-Expert Discovery Deadline | February 8, 2013 |
|---|---|
| Non-Dispositive Motion Filing Deadline | February 15, 2013 |

The parties agree that the unexpired discovery deadlines need to be revised in order to allow the parties to complete depositions within reasonable time frames that allow for non-dispositive motions, within Defense counsel's trial schedule.

## III.   **STIPULATION**

As shown in the previous section, the current schedule of deadlines needs to be revised such that the parties can schedule depositions at a time when both counsel are available and have adequate time to consider and prepare non-dispositive motions. Accordingly, the parties agree that the deadlines in this case should be revised to reflect the dates shown in the chart below:

| **Deadline/Event** | **Old Date** | **New Date** |
|---|---|---|
| Non-Expert Discovery Cut-off | February 8, 2013 | April 15, 2013 |
| Non-Dispositive Motion Filing Deadline | February 15, 2013 | April 22, 2013 |

This continuance of the non-expert discovery and non-dispositive motion filing deadlines will not affect any other deadlines in this action. All remaining dates and deadlines as set by the Court's February 29, 2012 Scheduling Order are otherwise unaffected by this Stipulation and Proposed Order. This stipulation renders Defendants' ex parte application to alter the scheduling deadline moot and Defendants hereby withdraw that application.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

///

///

THE LAW OFFICES OF
KATHLEEN P. CLACK
6061 N. FRESNO STREET
SUITE 101
FRESNO, CA 93710

STIPULATION TO EXTEND DISCOVERY DEADLINES
4

| | | |
|---|---|---|
| 1 | Dated: January 16, 2013 | LAW OFFICES OF KATHLEEN P. CLACK |
| 2 | | /s/ Kathleen P. Clack |
| 3 | | _____ |
| 4 | | Kathleen P. Clack |
| 5 | | Attorney for Defendants<br>BIC SCHEDIWY AND LAURA STRAUSS |
| 7 | DATES: January 16, 2013 | DOWNEY BRAND, LLP |
| 8 | | /s/ Thomas Marrs |
| 9 | | _____ |
| 10 | | Thomas Marrs |
| 11 | | Attorneys for Plaintiff<br>TRI-DAM |

### ORDER

This matter came before the Court on the STIPULATION AND ORDER REGARDING CONTINUANCE OF DISCOVERY SCHEDULING ORDER DEADLINES DUE TO SCHEDULING CONFLICT. For the reasons stated in the Stipulation and for good cause showing, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.

Accordingly, IT IS HEREBY ORDERED THAT the deadline to complete non-expert discovery is now April 15, 2013 and the deadline to file non-dispositive motions is now April 22, 2013. All remaining dates and deadlines as set by the Court's February 29, 2012 Scheduling Order remain as set and are otherwise unaffected by this Order.

IT IS SO ORDERED.

DATED: 1/17/2013         /s/ SANDRA M. SNYDER
                         UNITED STATES MAGISTRATE JUDGE

THE LAW OFFICES OF
KATHLEEN P. CLACK
6061 N. FRESNO STREET
SUITE 101
FRESNO, CA 93710

STIPULATION TO EXTEND DISCOVERY DEADLINES
5