# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-DAM, | 1:11-cv-01141-AWI-SMS |
|        Plaintiff, | **ORDER VACATING FUTURE DATES** |
|   v. | |
| RICHARD SCHEDIWY; AND LAURA STRAUSS, | |
|        Defendants. | |
| _____/ | |

Plaintiff Tri-Dam has filed a motion for summary judgment.  Defendants Richard Schediwy and Laura Strauss have filed an opposition.  In consideration of the time requirements needed to evaluate and resolve this motion, the Court VACATES all future dates, including the December 18, 2013 pretrial conference and the February 14, 2014 trial dates.  The Court shall schedule a trial-setting conference if necessary after an order on summary judgment has been issued.

IT IS SO ORDERED.

Dated: \_\_November 20, 2013\_\_ _____
                                                         SENIOR  DISTRICT  JUDGE