# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-DAM, | 1:11-cv-01141-AWI-SMS |
| Plaintiff, | **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| v. | |
| RICHARD SCHEDIWY; and LAURA STRAUSS, | (Doc. 72) |
| Defendants. | |

Plaintiff Tri-Dam has filed a motion for summary judgment, set for hearing on Monday, November 25, 2013. Defendants Richard Schediwy and Laura Strauss have filed an opposition. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of November 25, 2013 is VACATED and the parties shall not appear. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated: November 20, 2013

_____
SENIOR DISTRICT JUDGE

1