# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-DAM, | 1:11-cv-01141-AWI-MJS |
| Plaintiff, | **ORDER REQUIRING PLAINTIFF TO FILE A RESPONSE AND STAYING THE PREVIOUS ORDER UNTIL A DECISION IS ISSUED ON DEFENDANTS' MOTION FOR RELIEF** |
| v. | |
| RICHARD SCHEDIWY AND LAURA STRAUSS, | |
| Defendants. | |
| _____/ | |

On March 6, 2014, this Court issued an order indicating that Defendants, Richard Schediwy and Laura Strauss ("Defendants"), "are REQUIRED to submit to Tri-Dam and the Army Corps of Engineers within 30 days a detailed plan regarding bringing their property into compliance by destroying their retaining wall, including the footings, and filling the property to its pre-excavation condition." The order further indicated that "Defendants MAY submit to Tri-Dam and the Army Corps of Engineers within 30 days a detailed plan regarding bringing their property into compliance by destroying their retaining wall down to the footings. This proposal must contain a plan for constructing a retaining wall that meets with Tri-Dam's requirements and makes use of the presently placed footings. Tri-Dam is encouraged but not required to consider granting a permit to Defendants as they have proposed."

1

On April 4, 2014, Defendants filed a motion for relief from judgment alleging that this Court's March 6, 2014, order is either impossible or impracticable.

Defendants have submitted evidence tending to indicate that compliance with the Court's order may be impossible or impracticable if Tri-Dam requires the removal the footings of the Schediwy retaining wall. Specifically, Defendants assert that removal of the footings could cause substantial erosion of the shoreline and lakebed, removal of lateral support to the sewer bench road that could result in collapse, and damage of the sewer line.

As the Court indicated in its previous order, Tri-Dam is encouraged to entertain a proposal from Plaintiffs that would remove the retaining wall in its present location but would "make[] use of the presently placed footings" if such a proposal is feasible and not in violation of the Tri-Dam easement. Order Granting Summary Judgment, Doc. 85 at p. 21.[1] Defendants have submitted, as attachments to the declaration of Mr. Schediwy, rough proposals moving toward compliance with the Tri-Dam easement. It appears that several of the proposals submitted by Mr. Schediwy may restore the shoreline to its original contour and therefore would not interfere with the waters of the reservoir.

Plaintiff is ordered to prepare a thorough response indicating whether or not Tri-Dam believes that each of the rough proposals would violate its easement and, if so, a detailed explanation of how the proposal would violate the easement. Tri-Dam may also address any structural or geographic questions or issues that it believes would assist the Court in making a determination on the issue at hand. The Court will tentatively set the deadline for response by Tri-Dam for April 25, 2014, with the understanding that time will be extended as necessary to allow Tri-Dam to prepare a sufficiently complete response. If an extension of time to file a response is necessary Tri-Dam must file a motion to extend time to file a response and continue the scheduled hearing date of May 5, 2014, by April 25, 2014 at 10:00 a.m.

///

///

---

[1] The Court had anticipated that such a proposal would include use of the presently placed footings, to the extent possible, as support for a dock.

Parts 1 and 2 of this Court's March 5, 2014 order, imposing a timeline for submitting proposals by Defendants, are stayed pending the resolution of Defendants' motion for relief.

IT IS SO ORDERED.

Dated:   April 7, 2014

_____
SENIOR  DISTRICT  JUDGE