1  DOWNEY BRAND LLP
   KEVIN M. SEIBERT (Bar No. 119356)
2  THOMAS E. MARRS (Bar No. 252485)
   621 Capitol Mall, 18th Floor
3  Sacramento, CA  95814
   Telephone:    (916) 444-1000
4  Facsimile:     (916) 444-2100
   kseibert@downeybrand.com
5  tmarrs@downeybrand.com

6  Attorneys for Plaintiff
   TRI-DAM
7

8              UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10

11  TRI-DAM,                          Case No.  1:11-CV-01141-AWI-SMS

12              Plaintiff,            **STIPULATION AND FORM OF FINAL
                                      JUDGMENT**
13       v.

14  RICHARD SCHEDIWY and LAURA        Courtroom:    2, 8th Floor
    STRAUSS,                          Judge:         Hon. Anthony W. Ishii
15
                Defendants.           Action Filed:   July 8, 2011
16

17       Plaintiff Tri-Dam ("Tri-Dam") and defendants Richard Schediwy and Laura Strauss

18  ("Defendants"), (collectively, the "Parties"), by and through their respective counsel of record,

19  hereby submit the following Stipulation and Proposed Form of Final Judgment.

20                          **STIPULATION**

21       1.       On September 9, 2011, Tri-Dam filed its First Amended Complaint against

22  Defendants, seeking a permanent injunction requiring, among other things, Defendants to remove

23  improvements, including a retaining wall, that were installed in a manner that was inconsistent

24  with Tri-Dam approval.

25       2.       On March 6, 2014, the Court granted Tri-Dam's motion for summary judgment

26  and entered a permanent injunction requiring, among other things, Defendants to demolish the

27  retaining wall on their property consistent with plans approved by Tri-Dam.

28

DOWNEY BRAND LLP

1400033.2
                              1

3.      Defendants subsequently demolished the retaining wall on their property consistent with plans approved by Tri-Dam.

4.      On February 19, 2015, the Parties provided a Joint Status Update to the Court.

5.      There being no further matters before the Court, the Parties respectfully request that the Court enter the proposed form of judgment attached as Exhibit A as the Court's final judgment in this matter.

6.      The Court should retain jurisdiction to enforce its previously entered permanent injunction.

**IT IS SO STIPULATED.**

DOWNEY BRAND LLP

DATED:  March 19, 2015          By: _____ */s/ Thomas E. Marrs* _____
                                      THOMAS E. MARRS
                                      Attorney for Plaintiff
                                      TRI-DAM

DATED:  March 19, 2015          By: _ */s/ Kathleen Clack (as authorized 3/19/15)* _
                                      KATHLEEN CLACK
                                      Attorney for Defendants
                                      RICHARD SCHEDIWY and LAURA STRAUSS

**<u>ORDER</u>**

Based on the parties' stipulation, and good cause being shown, IT IS SO ORDERED.  The Clerk of the Court is directed to enter the proposed form of judgment attached as Exhibit A as the Court's final judgment in this matter.  The Court shall retain jurisdiction to enforce the final judgment.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __March 19, 2015__          _____

                                    SENIOR  DISTRICT  JUDGE

DOWNEY BRAND LLP

# EXHIBIT A

STIPULATION AND PROPOSED FORM OF FINAL JUDGMENT

# EXHIBIT A

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF CALIFORN

|  |  |
|---|---|
| TRI-DAM | ) |
| *Plaintiff* | ) |
| v. | ) |
| RICHARD SCHEDIWY and LAURA STRAUSS | ) |
| *Defendant* | ) |

Civil Action No.  1:11-CV-01141-AWI-SMS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other: a permanent injunction be entered against Defendants consistent with the terms of the Court's March 6, 2014
order, as modified by its May 5, 2014 order.


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge  Anthony W. Ishii _____ on a motion for
summary judgment filed by Plaintiff Tri-Dam.


Date: _____

*CLERK OF COURT*


_____

*Signature of Clerk or Deputy Clerk*