AO 450 (Rev. 11/11) Judgment in a Civil Action

## UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORN



MAR 20 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| TRI-DAM | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:11-CV-01141-AWI-SMS |
| RICHARD SCHEDIWY and LAURA STRAUSS | ) |
| Defendant | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: a permanent injunction be entered against Defendants consistent with the terms of the Court's March 6, 2014 order, as modified by its May 5, 2014 order.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Anthony W. Ishii _____ on a motion for summary judgment filed by Plaintiff Tri-Dam.

Date: 3-20-15

CLERK OF COURT

*signature*

Signature of Clerk or Deputy Clerk